1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  655 University Avenue, Suite 215
   Sacramento, CA 95825
4  Telephone:   (916) 974-3500
   Facsimile:   (916) 927-2009
5

6  Attorneys for Defendant
   TOM STEPHENS, dba
7  MERCEDES SERVICE CENTER

8

9                    IN THE UNITED STATES DISTICT COURT
10
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
   DAIMLER CHRYSLER AG and        )   Case No: CIV. S-99-0076 FCD
13 MERCEDES-BENZ OF NORTH         )
   AMERICA                        )
14                                )
                                  )
15      Plaintiff,                )
                                  )   STIPULATION TO CONTINUE
16                                )   HEARING
                                  )
17 vs.                            )
                                  )
18                                )
                                  )
19 TOM STEPHENS, dba MERCEDES     )
   SERVICE CENTER                 )
20                                )
                                  )
21      Defendant.
22 _____

23

24      Plaintiffs Daimler Chrysler AG and Mercedes-Benz of North America, through counsel,

25 David A. Reigels, Esq. and Defendant Tom Stephens dba Mercedes Service Center, through

26 counsel, Donald H. Heller, hereby stipulate and agree, subject of the court's approval that the

27 hearing on plaintiffs' Order To Show Cause Re Contempt be continued from June 20, 2008, at

28

                                            --
STIPULATION TO CONTINUE HEARING                            CASE NO. CIV. S-99-0076 FCD

1  10:00 a.m. in courtroom number two before the Honorable Frank C. Damrell, Jr., be continued to
2  July 11, 2008, at 10:00 a.m. before Frank C. Damrell, Jr.
3      The stipulation to continue is in the interest of justice and that the parties are in fruitful
4  settlement discussions which the parties reasonably believe will lead to a stipulated consent
5  order.

7  Dated:  June 5, 2008   DONALD H. HELLER,
8             A Law Corporation

10            <u>/S/  Donald H. Heller</u>
11            DONALD H. HELLER
12            Attorney for Defendant
           TOM STEPHENS, dba
13            MERCEDES SERVICE CENTER

15 Dated:  June 5, 2008

17            <u>/S/  David A. Riegels</u>
           DAVID A. RIEGELS,
18            Attorney for Plaintiff
19            MERCEDES-BENZ USA, LLC.

## **ORDER**

IT IS SO ORDERED.

Approved and so ordered, and then place a line for Frank C. Damrell, Jr.

Dated:  June 6, 2008

           _____
           FRANK C. DAMRELL, JR.
           UNITED STATES DISTRICT JUDGE

--

**STIPULATION TO CONTINUE HEARING**        **CASE NO. CIV. S-99-0076 FCD**